IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY S. TOMLIN,<br><br>    Petitioner,<br><br>    vs.<br><br>ROBERT SUBIA,<br><br>    Respondent.<br>_____/ | 1:07-cv-01170 OWW-DLB (HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS<br><br>(DOCUMENT #20)<br><br>(30) THIRTY DAY DEADLINE |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On November 13, 2007, petitioner filed a motion to extend time to file opposition to motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty days from the date of service of this order in which to file opposition to motion to dismiss.

    IT IS SO ORDERED.

    Dated: **December 5, 2007**                     **/s/ Dennis L. Beck**
                                                                     UNITED STATES MAGISTRATE JUDGE