# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY S. TOMLIN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ROBERT SUBIA,<br><br>　　　　　Respondent.<br>_____/ | 1:07-CV-01170 OWW DLB (HC)<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT REPLY TO PETITIONER'S OPPOSITION<br><br>[Doc. 22] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　Now pending before the Court is Respondent's motion to dismiss the instant petition, filed October 29, 2007. (Court Doc. 18.) Petitioner filed an opposition on January 14, 2008. (Court Doc. 22.) The Court finds that a reply by Respondent will be helpful in resolving the instant motion. Accordingly, IT IS HEREBY ORDERED that within twenty (20) days from the date of service of this order, Respondent shall file a reply to Petitioner's opposition.

　　　　IT IS SO ORDERED.

　　　　Dated:　**April 3, 2008**　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1