# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARY S. TOMLIN, | | 1:07-CV-01170 OWW DLB (HC) |
| | Petitioner, | ORDER DIRECTING RESPONDENT TO SUBMIT ANSWER TO PETITION WITHIN FORTY-FIVE DAYS FROM THE DATE OF SERVICE OF THIS ORDER |
| | v. | |
| ROBERT SUBIA, | | [Doc. 31] |
| | Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Pursuant to the Court's September 17, 2008, order, adopting the Findings and Recommendations, as modified, and denying Respondent's motion to dismiss the instant petition as untimely, Respondent is directed to file an answer addressing the merits of the petition within forty-five (45) days from the date of service of this order.  Petitioner may file a traverse, if desired, within thirty (30) days from the date Respondent files his answer.  All other provisions of the Court's August 31, 2007, order to respond remain in full force and effect.

   IT IS SO ORDERED.

   Dated:   **October 21, 2008**          /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE