**FILED**

DEC X 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**GARY S. TOMLIN,**

Petitioner,

v.

**ROBERT SUBIA,**

Respondent.

1:07-cv-01170 VRW

[PROPOSED] ORDER

---

Respondent has requested an enlargement of time to respond to Petitioner's Petition for Writ of Habeas Corpus. Good cause appearing,

IT IS ORDERED THAT Respondent's pleading is due January 20, 2009.

Dated: 12/9/08

Vaughn R. Walker, Chief Judge

[Proposed] Order